IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROGER ERNEST HEARE, SR., :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-14-340
:
HUNTINGDON PRISON, ET AL., : (Judge Brann)
:
    Respondents :

## ORDER

May 13, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

    1.    In accordance with the Petitioner's Notice of Election (Doc. 7) to discontinue this action, the instant petition is **DEEMED WITHDRAWN**.

    2.    **DISMISSAL IS WITHOUT PREJUDICE** and Heare may file another § 2254 petition raising all grounds for relief from his conviction within the one (1) year statutory period prescribed by 28 U.S.C. § 2244(d)(1).

    3.    The Clerk of Court is directed to **CLOSE** this case.

4.  There is no basis for the issuance of a Certificate of Appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge